JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/23/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN MELAMED, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-02494-JAK-DFM<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

|  |  |
|---|---|
| 1 |  |
| 2 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 3 | with Prejudice filed by Plaintiff Suzanne Na Pier ("Plaintiff") and Ruben Melamed |
| 4 |  |
| 5 | ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's |
| 6 | Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its |
| 7 | own costs and attorneys' fees. |
| 8 |  |
| 9 | IT IS SO ORDERED. |

Dated: July 23, 2020

_____
John A. Kronstadt
United States District Judge